UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-22727-KMM/Simonton

NORTH BEACH DIALYSIS CENTER, LLC,

    Plaintiff,
vs.

MULTIPLAN, INC.,

    Defendant.
    _____/

## PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST DEFENDANT MULTIPLAN

The Plaintiff, NORTH BEACH DIALYSIS CENTER, LLC ("North Beach" or "Plaintiff"), by counsel, as and for its First Amended Complaint against Defendant, MULILAN, INC. ("Defendant" or "Multiplan"), alleges as follows:

### GENERAL ALLEGATIONS

1. NORTH BEACH is, and at all times material to this Complaint was, a Florida limited liability company which does business in Miami-Dade County.

2. Multiplan is a foreign corporation which is engaged in the business of operating provider networks that provide healthcare services to insurers, third-party administrators, self-funded plans and health maintenance organizations.

3. Multiplan is subject to personal jurisdiction in this Court and venue is proper in this Court pursuant to Fla. Stat. §48.193(2) because Multiplan is engaged in substantial, and not isolated, activity within the State of Florida.

4. Multiplan also is subject to personal jurisdiction in this Court and venue is proper in this Court pursuant to Fla. Stat. §48.193(1)(a)(7) because this action arises out of

Multiplan's breach in the State of Florida of an agreement with NORTH BEACH and its failure to perform acts required by that agreement to be performed in the State of Florida, and subjecting Multiplan to personal jurisdiction in the State of Florida would be fair and would not violate Multiplan's due process rights.

5. Venue is proper in this Court because NORTH BEACH's cause of action against Multiplan arose in Miami-Dade County, Florida.

## COUNT I – BREACH OF CONTRACT

6. The allegations set forth in Paragraphs 1-5 are hereby incorporated by reference.

7. Beginning on or about January 2, 2016 and continuing through August 2, 2017, NORTH BEACH provided dialysis services in Miami-Dade County ("Dialysis Services") to patient Y.W. (Member ID No. W3656197701)("YW"), who was insured under the AMERICAN POSTAL WORKERS UNION HEALTH PLAN (the " Health Plan").[1]

8. The Health Plan provided coverage for the Dialysis Services that NORTH BEACH provided to YW.

9. Prior to providing Dialysis Services to YW, NORTH BEACH was advised by the Health Plan that YW was insured under the Health Plan and that said insurance covered the Dialysis Services that NORTH BEACH intended to provide YW.

10. Thereafter NORTH BEACH timely billed the Health Plan for the Dialysis Services that it provided YW, in accordance with the fees set forth in that certain Participating

---

[1] The full name of YW has been omitted to address any privacy concerns that this patient may have. Defendant has knowledge of the full name and identity of YW.

*First Amended Complaint against Multiplan*
*Case No.: 1:18-cv-22727-KMM/Simonton*
*pg. 3*

Facility Agreement between Multiplan and NORTH BEACH, which is attached hereto as Exhibit A (the "Multiplan Agreement").[2]

11. The Multiplan Agreement sets forth the Fees to which NORTH BEACH is entitled for the Dialysis Services that it provided YW (the "Multiplan Fees").

12. The Health Plan refused to pay NORTH BEACH the Multiplan Fees in full and instead paid NORTH BEACH a lesser amount which is not in accordance with the fees to which NORTH BEACH is entitled under the Multiplan Agreement.

13. Section D, Paragraph 4 of the Multiplan Agreement provides that in the event of a dispute between a provider, such as NORTH BEACH, and a client, such as the Health Plan, Multiplan would "make its best efforts to assist the parties in resolving the dispute."

14. NORTH BEACH advised Multiplan that the Health Plan had failed to pay NORTH BEACH the fees to which NORTH BEACH is entitled under the Multiplan Agreement.

15. NORTH BEACH requested that Multiplan assist NORTH BEACH in attempting to resolve its dispute with the Health Plan.

16. In response, Multiplan falsely advised NORTH BEACH and the Health Plan that the Multiplan Agreement had been superseded by a subsequent agreement ("Alleged New Agreement") and that under the Alleged New Agreement, NORTH BEACH was not entitled to the fees that it was seeking to recover from the Health Plan for the services that NORTH BEACH provided YW.

---

[2] Counsel for Multiplan has advised the undersigned counsel for Plaintiff that certain information in the Multiplan Agreement is confidential. Although Plaintiff does not concede that said information is confidential, Plaintiff has redacted from the Multiplan Agreement the information that Multiplan contends is confidential. Plaintiff also notes that, notwithstanding its claim that the Multiplan Agreement contains confidential information, Multiplan has never filed a motion to seal the Multiplan Agreement.

17. NORTH BEACH repeatedly asked Multiplan to provide it with a copy of the Alleged New Agreement, but Multiplan refused to provide NORTH BEACH with a copy of the Alleged New Agreement.

18. Ultimately, Multiplan admitted that there never was an Alleged New Agreement.

19. By: (a) falsely claiming that the Multiplan Agreement was no longer in effect; (b) refusing to direct the Health Plan to pay NORTH BEACH the fees to which it was entitled under the Multiplan Plan; and (c) refusing to use its best efforts to resolve NORTH BEACH's dispute with the Health Plan, Multiplan breached the Multiplan Agreement.

20. As a result of Multiplan's breaches of the Multiplan Agreement, the Health Plan refused to pay NORTH BEACH the fees to which it was entitled under the Multiplan Agreement.

21. As a result of Multiplan's breach of the Multiplan Agreement, NORTH BEACH has been damaged. Said damages include but are not limited to the attorney's fees, costs and expenses that NORTH BEACH incurred in pursuing its claim against the Health Plan for payment of the fees to which NORTH BEACH was entitled under the terms of the Multiplan Agreement for the services that it provided to YW.

22. All conditions precedent to this action have been performed, have occurred or have been waived.

WHEREFORE, Plaintiff, NORTH BEACH DIALYSIS CENTER, LLC, respectfully requests that this Court enter judgment against Defendant, MULTIPLAN, INC., awarding NORTH BEACH damages, together with interest, court costs and such further relief as this Court deems just and proper.

Respectfully submitted,

*First Amended Complaint against Multiplan*
*Case No.: 1:18-cv-22727-KMM/Simonton*
*pg. 5*

        TORRICELLA LAW, PLLC
        *Attorneys for Plaintiff*
        4551 Ponce de Leon Boulevard
        Coral Gables, Florida 33131
        Telephone: (305) 677-7644
        Facsimile: (844) 807-3207

        By: /s Maurice J. Baumgarten
            Maurice J. Baumgarten
            Florida Bar No. 525324
            maurice@torricellapastor.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2018, the foregoing document was filed with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s Maurice J. Baumgarten
        Maurice J. Baumgarten