UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NORTH BEACH DIALYSIS CENTER, LLC

    Plaintiff,                                                       Case No. 1:18-cv-22727

vs.

AMERICAN POSTAL WORKERS UNION
HEALTH PLAN and MULTIPLAN, INC.,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, MultiPlan, Inc., hereby gives notice to the Court that it has reached a verbal agreement as to the terms of a settlement with Plaintiff, North Beach Dialysis Center, LLC. The parties are presently drafting, finalizing, and executing settlement and dismissal documents, and fully expect to file a Stipulated Notice of Voluntary Dismissal within thirty (30) days. Accordingly, and most respectfully, Plaintiff and Defendant request this Honorable Court to toll all pending deadlines for a period of thirty days.

    Submitted October 11, 2018.         **BAKER, DONELSON, BEARMAN,**
                                                          **CALDWELL & BERKOWITZ, PC**

                                                     By:   */s/ David B. Levin*
                                                            Florida Bar No.: 026394
                                                            1 Financial Plaza, Suite 1620
                                                           100 S.E. Third Avenue
                                                           Fort Lauderdale, Florida 33394
                                                          Telephone: (954) 768-1600
                                                          Telecopier: (954) 333-3930
                                                          dlevin@bakerdonelson.com
                                                          Attorneys for MultiPlan, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ David Levin*
　　　　　　　　　　　　　　　　　　　　David Levin